IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RORY HOMAN, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-cv-169 |
| | ) |
| PROFESSIONAL TRANSPORTATION, | ) |
| INC., and RONALD D. ROMAIN, | ) |
| individually and as president and secretary | ) |
| of PROFESSIONAL | ) |
| TRANSPORTATION, INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants, Professional Transportation, Inc. and Ronald D. Romain, individually and as president and secretary of Professional Transportation, Inc. ("Defendants"), notice the removal of this action under 28 U.S.C. §§ 1331, 1441, and 1446 to the U.S. District Court for the Southern District of Indiana, Evansville Division, and, as grounds therefore, states:

**I.     Removal is timely.**

1.     On or about July 25, 2018, Plaintiff, Rory Homan ("Plaintiff"), filed a civil action against Defendants in the Vanderburgh Circuit Court, Cause No. 82C01-1807-CT-004102. Copies of the summons, complaint, and order are attached as **Exhibit A**, as required under 28 U.S.C. § 1446(a). These are the only process, pleadings, and orders that Defendants has received in this matter.

2. Defendants were served with a copy of the Summons and Complaint by process server on August 1, 2018.

3. Defendants are timely filing this notice of removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

## II. Venue is proper.

4. The Vanderburgh Circuit Court is located within the Evansville Division of the Southern District of Indiana. 28 U.S.C. § 94(b)(3). Venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. Federal-question jurisdiction exists.

5. This action is properly removable under 28 U.S.C. § 1441(b), because the U.S. District Court has original jurisdiction under 28 U.S.C. § 1331, which provides, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, the laws, or treaties of the United States."

6. Plaintiff's complaint alleges Defendants violated a federal statute, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 213, et seq. (See Ex. A, Complaint, ¶¶ 30-34.)

7. By asserting claims under the FLSA, Plaintiff's complaint asserts federal questions under 28 U.S.C. § 1331. This Court has original jurisdiction over Plaintiff's claims and all other prerequisites for removal of this case to the United States District Court for the Southern District of Indiana have been fulfilled. Thus, this case is properly removable under 28 U.S.C. § 1441(a).

## IV.   Conclusion

8. Under 28 U.S.C. § 1446, copies of this notice of removal will be promptly served on Plaintiff's counsel and filed with the Clerk of the Vanderburgh Circuit Court. A copy of Defendants' notice of filing to the Vanderburgh Circuit Court is attached as **Exhibit B**.

9. By removing this matter, Defendants do not waive or intend to waive any defense, including, but not limited to, insufficiency of service of process.

WHEREFORE, Defendants, Professional Transportation, Inc. and Ronald D. Romain, individually and as president and secretary of Professional Transportation, Inc., respectfully request this Court to take jurisdiction of this action and issue all necessary orders and process to remove it from the Vanderburgh Circuit Court to the U.S. District Court for the Southern District of Indiana.

                Respectfully submitted,

                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

                *s/ Michelle R. Maslowski*
                Christopher C. Murray, IN Bar No. 26221-49
                Michelle R. Maslowski, IN Bar No. 27238-49
                111 Monument Circle, Suite 4600
                Indianapolis, Indiana 46204
                Telephone:  317-916-1300
                Facsimile:  317-916-9076
                christopher.murray@ogletreedeakins.com
                michelle.maslowski@ogletreedeakins.com

                Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2018, a copy of the foregoing was mailed by United States First Class Mail, postage prepaid, addressed to:

Joseph Cassell
Eron Law, P.A.
229 E. William, Suite 100
Wichita, Kansas  67202


    *s/Michelle R. Maslowski*
    Michelle R. Maslowski

35420051.1

4